```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 07157
   JERIES I TADROS
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-7873

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 06/19/2006 and was confirmed 02/28/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 08/27/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                             PAID            PAID
------------------------------------------------------------------------
CHASE HOME FINANCE LLC     CURRENT MORTG        .00              .00             .00
CHASE HOME FINANCE LLC     MORTGAGE ARRE    6861.89              .00         6861.89
DEARBORN WHOLESALE GROCE   SECURED NOT I        .00              .00             .00
AMERICAN EXPRESS BANK      UNSECURED        1763.21              .00           88.32
AMERICAN EXPRESS BANK      UNSECURED        4270.47              .00          213.92
THE ASSOCIATES MASTERCAR   UNSECURED       NOT FILED             .00             .00
CAPITAL ONE                UNSECURED       NOT FILED             .00             .00
CAPITAL ONE                UNSECURED       NOT FILED             .00             .00
ROUNDUP FUNDING LLC        UNSECURED        6019.28              .00          301.51
CITIBANK                   UNSECURED       NOT FILED             .00             .00
CITIBANK                   UNSECURED       NOT FILED             .00             .00
COMCAST                    UNSECURED       NOT FILED             .00             .00
DIRECT MERCHANT BANK       UNSECURED       NOT FILED             .00             .00
DISCOVER FINANCIAL SERVI   UNSECURED       10726.35              .00          537.30
FIRST PREMIER BANK         UNSECURED       NOT FILED             .00             .00
HARVARD COLLECTION SERVI   UNSECURED       NOT FILED             .00             .00
HCS INC                    UNSECURED       NOT FILED             .00             .00
LEASE FINANCE GROUP        UNSECURED       NOT FILED             .00             .00
MCI                        UNSECURED       NOT FILED             .00             .00
NICOR GAS                  UNSECURED       NOT FILED             .00             .00
PALOS COMMUNITY            UNSECURED       NOT FILED             .00             .00
PITNEY WORKS               UNSECURED       NOT FILED             .00             .00
NATIONAL CAPITAL MGMT LL   UNSECURED        3455.77              .00          173.10
ROUNDUP FUNDING LLC        UNSECURED         847.55              .00           28.12
ECAST SETTLEMENT CORP      UNSECURED        1573.62              .00           78.82
CHASE HOME FINANCE LLC     NOTICE ONLY     NOT FILED             .00             .00
ROUNDUP FUNDING LLC        UNSECURED        5280.12              .00          264.49
NCO FINANCIAL SYSTEMS IN   UNSECURED         298.68              .00             .00
TGS PETROLEUM INC          UNSECURED       NOT FILED             .00             .00
FIRST SIERRA FINANCIAL     FILED LATE       4862.90              .00             .00
GROCHOCINSKI & GROCHOCIN   DEBTOR ATTY          .00                              .00
TOM VAUGHN                 TRUSTEE                                            585.69

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 07157 JERIES I TADROS
```

```
DEBTOR REFUND           REFUND                                          31.84

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                             RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                     9,165.00

PRIORITY                                                  .00
SECURED                                              6,861.89
UNSECURED                                            1,685.58
ADMINISTRATIVE                                            .00
TRUSTEE COMPENSATION                                   585.69
DEBTOR REFUND                                           31.84
                          ---------------      ---------------
TOTALS                      9,165.00                9,165.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


     Dated: 11/19/08                /s/ Tom Vaughn
                                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE